UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | : | |
| | : | Case No.: 13-50821 |
| Bryant, John Gregory | : | |
| Bryant, Hollie Sue | : | Chapter 13 |
| | : | |
| Debtors. | : | Judge Caldwell |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

The Debtor, Hollie Sue Bryant by and through the undersigned, hereby gives notice of the following change of mailing address:

Old address:   8574 County Rd 11
                    De Graff, OH 43318


New address:   211 N. Main St.
                     De Graff, OH 43318

This change of address applies ONLY to Hollie Sue Bryant.


Respectfully submitted,

/s/ Sondra O. Bryson_____
Sondra O. Bryson (0083871)
Bryson Legal, LLC
844 S. Front St.
Columbus, OH 43206
Phone: 614-221-5379
Fax: 614-443-7463
Email: sbyrson@brysonlegalohio.com
*Attorney for the Debtor(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015 a copy of the foregoing Notice of Change of Address of Debtor was served on the following Registered ECF Participants, electronically through the Court's ECF system at the email address registered with the court:

U.S. Trustee
Faye D. English, Chapter 13 Trustee

1

Scott P. Ciupak
Dimitrios G. Hatzifotinos

and on the parties listed below by **Ordinary U.S. Mail:**

John Gregory Bryant
8574 County Rd. 11
De Graff, OH 43318

Hollie Sue Bryant
211 N. Main St.
De Graff, OH 43318

      /s/Sondra O. Bryson
      Sondra O. Bryson